**W. L. MILLER, and F. A. NELSON, v. J. L. LOYD**

17 So. (2nd) 712                                     January Term, 1944
April 28, 1944                                        Division A

*C. Rogers Wells,* for appellants.
*Carroll W. Fussell,* for appellee.

PER CURIAM:

No reversible error appearing in the record, the decree is affirmed.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.